Stanley S. Zinner
58 South Service Road, Suite 410
Melville, NY 11747
Tel: 631.414.7730
Fax: 631.414.7732

Stephen F. Roth
Orville R. Cockings
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

*Attorneys for Plaintiff, Advanced Video Technologies LLC*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC, | ECF Case |
| Plaintiff, | Civil Action No. |
| v. | |
| PURE DIGITAL TECHNOLOGY, INC. | |
| Defendant. | |

## RULE 7.1 DISCLOSURE STATEMENT OF
## PLAINTIFF ADVANCED VIDEO TECHNOLOGIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff certifies that Advanced Video Technologies LLC is a privately held company without parent corporations and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Advanced Video
Technologies LLC*

Dated: April 15, 2008

By: _____
    Orville R. Cockings

868623_1.DOC