May 06 2008 3:18AM    Stanley S. Zinner, P.C.    6314147732    p.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ADVANCED VIDEO TECHNOLOGIES LLC,

                Plaintiff,

v.

PURE DIGITAL TECHNOLOGY, INC.,

                Defendant.
-----------------------------------------------------------x

08 Civ. 3627 (CM) (RLE)

**STIPULATION AND ORDER**

       IT IS HEREBY STIPULATED AND AGREED by counsel for Plaintiff Advanced Video Technologies LLC and Defendant Pure Digital Technologies, Inc. ("Pure") as follows:

1. The time for Pure to answer, move or otherwise respond to the Complaint, dated April 15, 2008 (the "Complaint"), is hereby extended through and including June 20, 2008; and

2. Pure reserves all defenses to the Complaint.

Dated: May 2, 2008

ZINNER ASSOCIATES

By: _____
    Stanley S. Zinner, Esq.

58 South Service Road, Suite 410
Melville, New York 11747
Telephone: (631) 414-7730

Stephen F. Roth, Esq.
Lerner, David, Littenberg, Krumholz
 & Mentlik, LLP
600 South Avenue West
Westfield, New Jersey 07090
Telephone: (908) 654-5000
ATTORNEYS FOR PLAINTIFF

Dated: May 2, 2008

WOLLMUTH MAHER & DEUTSCH LLP

By: _____
    Frederick R. Kessler, Esq.

500 Fifth Avenue, Floor 12
New York, New York 10110
Telephone: (212) 382-3300

Richard E. Parke, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
ATTORNEYS FOR DEFENDANT

SO ORDERED:

_____
Hon. Colleen McMahon
United State District Judge
May 6, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

05/05/2008 16:55 FAX 212 382 3300    WOLLMUTH MAHER DEUTSCH    ☒003