UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADVANCED VIDEO TECHNOLOGIES LLC,

          Plaintiff,

v.

PURE DIGITAL TECHNOLOGY, INC.

          Defendant.

08 Civ. 3627 (CM) (RLE)

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

ECF CASE

---

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Pure Digital Technologies, Inc. (mistakenly identified in the caption as Pure Digital Technology, Inc.) and my request for electronic notification of all docket activity in this case. I certify that I am admitted to practice in this Court.

Dated: May 27, 2008
      New York, New York

                    Respectfully submitted,

                      WOLLMUTH MAHER & DEUTSCH LLP

                      /s/ Frederick R. Kessler
                      Frederick R. Kessler
                      500 Fifth Avenue
                      New York, NY 10110
                      Telephone (212) 382-3300
                      Facsimile (212) 382-0050
                      fkessler@wmd-law.com

                      *Attorneys for Defendant*