UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PURE DIGITAL TECHNOLOGY, INC.<br><br>　　　　　Defendant. | 08 Civ. 3627 (CM) (RLE)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>ECF CASE |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Pure Digital Technologies, Inc. (mistakenly identified in the caption as Pure Digital Technology, Inc.) and my request for electronic notification of all docket activity in this case. I certify that I am admitted to practice in this Court.

Dated: May 27, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　WOLLMUTH MAHER & DEUTSCH LLP


　　　　　　　　　　　　　　　　　　/s/ William F. Dahill
　　　　　　　　　　　　　　　　　　William F. Dahill
　　　　　　　　　　　　　　　　　　500 Fifth Avenue
　　　　　　　　　　　　　　　　　　New York, NY  10110
　　　　　　　　　　　　　　　　　　Telephone (212) 382-3300
　　　　　　　　　　　　　　　　　　Facsimile (212) 382-0050
　　　　　　　　　　　　　　　　　　wdahill@wmd-law.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*