UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADVANCED VIDEO TECHNOLOGIES LLC,

          Plaintiff,

v.

PURE DIGITAL TECHNOLOGY, INC.

          Defendant.

08 Civ. 3627 (CM) (RLE)

**RULE 7.1 DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pure Digital Technologies, Inc. (mistakenly identified in the caption as Pure Digital Technology, Inc.) discloses that it is a privately held, non-governmental company that has no parent corporation and there is no publicly held company that owns 10% or more of its stock.

Dated: May 27, 2008
      New York, New York

                    Respectfully submitted,

                    WOLLMUTH MAHER & DEUTSCH LLP

                    /s/    Frederick R. Kessler
                          Frederick R. Kessler
                          William F. Dahill

                    500 Fifth Avenue
                    New York, New York 10110
                    (212) 382-3300

                    Richard E. Parke, Esq.
                    Frommer Lawrence & Haug LLP
                    745 Fifth Avenue
                    New York, New York 10151
                    (212) 588-0800

                    *Attorneys for Defendant*