*Judge McMahon*

AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ADVANCED VIDEO TECHNOLOGIES LLC,

        Plaintiff,

v.

PURE DIGITAL TECHNOLOGY, INC.

        Defendant.

ECF Case

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 3627 

TO:  Pure Digital Technology, Inc.
      30 Maiden Lane, 6th Floor
      San Francisco, CA 94108

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (Name and Address)

Stanley S. Zinner, Esq.
58 South Service Road, Suite 410
Melville, NY 11747

Stephen F. Roth, Esq.
Orville R. Cockings, Esq.
Lerner, David, Littenberg, Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          APR 1 6 2008

CLERK                                        DATE

868660_1.DOC

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

      Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                                      Signature of Server

                                                                                            Address of Server

1) At to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

868660_1.DOC

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CIV 3627

ADVANCED VIDEO TECHNOLOGIES LLC
, Plaintiff(s)

- against -

PURE DIGITAL TECHNOLOGY, INC.
, Defendant(s)

State of California   )
                      ) SS.:
County of San Francisco )

AFFIDAVIT OF SERVICE

Melissa Major being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of California. That on 04/17/2008 at 11:44 AM at:
    PURE DIGITAL TECHNOLOGY, INC.
    30 MAIDEN LANE
    6TH FLOOR
    SAN FRANCISCO CA 94108
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT AND DEMAND FOR TRIAL BY JURY
INDIVIDUAL PRACTIVES OF JUDGE MCMAHON
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS

on PURE DIGITAL TECHNOLOGY, INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Kathleen Phillips
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
General Councel and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 40  HEIGHT: 5'9''  WEIGHT: 125  HAIR: BLACK  RACE: WHITE  SEX: FEMALE

_____
Melissa Major        Lic. #

SWORN TO BEFORE ME 4/18/08

OUR DOC# 21123
Lerner,David,Littenberg,Krumholz
& Mentlik, LLP
600 South Avenue West
Westfield NJ 07090
908-518-6461

ROBERTA J. ANDERSON
Commission # 1640943
Notary Public - California
San Mateo County
My Comm. Expires Feb 24, 2010