UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADVANCED VIDEO TECHNOLOGIES LLC,

        Plaintiff,

v.

PURE DIGITAL TECHNOLOGY, INC.

        Defendant.

08 Civ. 3627 (CM) (RLE)

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

ECF CASE

---

To the Clerk of this Court and all parties of record:

Please enter my appearance as co-counsel in this case for Defendant Pure Digital Technologies, Inc. (mistakenly identified in the caption as Pure Digital Technology, Inc.) and my request for electronic notification of all docket activity in this case. I certify that I am admitted to practice in this Court.

Dated: May 27, 2008
      New York, New York

      Respectfully submitted,

      FROMMER LAWRENCE & HAUG LLP

      /s/ Richard E. Parke
      Richard E. Parke, Esq.
      Frommer Lawrence & Haug LLP
      745 Fifth Avenue
      New York, New York 10151
      Telephone (212) 588-0800
      Facsimile (212) 588-0500
      rparke@flhlaw.com

      *Attorneys for Defendant*