UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PURE DIGITAL TECHNOLOGY, INC.,<br><br>　　　　Defendant. | No. 08 Civ. 3627 (CM) (RLB)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Pure Digital Technologies, Inc. (mistakenly identified in the caption as Pure Digital Technology, Inc.) and my request for electronic notification of all docket activity in this case. I certify that I am admitted to practice in this Court.

Dated:  June 20, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　QUINN, EMANUEL, URQUHART,
　　　　　　　　　　　　　　　　　　　　　OLIVER & HEDGES LLP

　　　　　　　　　　　　　　　　　　　　By:  /s/ Edward DeFranco
　　　　　　　　　　　　　　　　　　　　　　Edward DeFranco, Esq.
　　　　　　　　　　　　　　　　　　　　　　eddefranco@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　　51 Madison Avenue, 22nd Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10010
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 849-7000

　　　　　　　　　　　　　　　　　　　　*Attorneys for the Defendants*