

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADVANCED VIDEO TECHNOLOGIES LLC,

    Plaintiff,

v.

PURE DIGITAL TECHNOLOGY, INC.,

    Defendant.

No. 08 Civ. 3627 (CM) (RLB)

**STIPULATION AND ORDER**

---

    WHEREAS, Pure Digital Technologies, Inc. ("Pure") retained new counsel on June 19, 2008;

    WHEREAS, Plaintiff Advanced Technologies LLC ("AVT") and Defendant Pure are scheduled to meet discuss the nature of AVT's claims on July 2, 2008;

    WHEREAS, the parties, through their attorneys have met and conferred and agreed to extend the deadline for Pure to respond to AVT's complaint;

    WHEREAS, this Court has once previously extended the time for Pure to respond to the Complaint to June 20, 2008;

    WHEREAS, this additional extension will not effect any other existing deadlines in the case, including the case management conference scheduled for July 11, 2008;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by counsel for Plaintiff AVT and Defendant Pure as follows:

    1.    The time for Pure to answer or otherwise respond to the Complaint, dated April 15, 2008, is hereby extended through and including July 10, 2008; and

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FIL. _  6/26/08
```

2. Pure reserves all defenses to the Complaint.

Dated: June 20, 2008

STANLEY S. ZINNER, P.C.

By: /s Stanley S. Zinner
    Stanley S. Zinner, Esq.

58 South Service Road, Suite 410
Melville, New York 11747
Telephone: (631) 414-7730

Stephen F. Roth, Esq.
Orville R. Cockings, Esq.
Lerner, David, Littenberg, Krumholz
    & Mentlik, LLP
600 South Avenue West
Westfield, New Jersey 07090
Telephone: (908) 654-5000
ATTORNEYS FOR PLAINTIFF

Dated: June 20, 2008

QUINN, EMANUEL, URQUHART, OLIVER
    & HEDGES LLP

By: _____
    Edward DeFranco, Esq.

51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

Evette D. Pennypacker, Esq. (*pro hac vice* application pending)
Quinn, Emanuel, Urquhart, Oliver
    & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801- 50000
ATTORNEYS FOR DEFENDANT

SO ORDERED

DATED: 24 June, 2008

_____
Honorable Colleen McMahon
United States District Judge