**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ADVANCED VIDEO TECHNOLOGIES LLC,

                Plaintiff,

        v.

PURE DIGITAL TECHNOLOGY, INC.

                Defendant.

-------------------------------------------------------------x

08 Civ. 3627 (CM)

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*





PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, Edward J. DeFranco a member in

good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac

vice of:

| | |
|---|---|
| Applicant's Name: | Claude M. Stern |
| Firm Name: | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| Address: | 555 Twin Dolphin Shores, Suite 650 |
| City/State/Zip: | Redwood Shores, California 94065 |
| Phone Number: | (650) 801-5000 |
| Fax Number: | (650) 801-5100 |

Claude M. Stern is a member in good standing of the Bar of the State of

California.  There are no pending disciplinary proceeding against Claude M. Stern in any State or

Federal court. And,

      Applicant's Name:    Evette D. Pennypacker

| | |
|---|---|
| Firm Name: | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| Address: | 555 Twin Dolphin Shores, Suite 650 |
| City/State/Zip: | Redwood Shores, California 94065 |
| Phone Number: | (650) 801-5000 |
| Fax Number: | (650) 801-5100 |

Evette D. Pennypacker is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Evette D. Pennypacker in any State or Federal Court.

Dated:  New York, New York
      July 2, 2008

Respectfully submitted,

Edward J. DeFranco (ED 6524)
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP

51424/2560044.1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ADVANCED VIDEO TECHNOLOGIES LLC,

                       Plaintiff,

        v.

PURE DIGITAL TECHNOLOGY, INC.

                    Defendant.

-----------------------------------------------------------------x

08 Civ. 3627 (CM)

## DECLARATION OF EDWARD J. DEFRANCO
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
## OF CLAUDE M. STERN, AND EVETTE D. PENNYPACKER

      Edward J. DeFranco, being duly sworn, hereby deposes and says as follows:

     1.     I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Pure Digital Technologies, Inc. (mistakenly identified in the caption as Pure Digital Technology, Inc.).  I make this declaration in support of Pure Digital Technologies, Inc.'s motion allowing Claude M. Stern and Evette D. Pennypacker attorneys in the Silicon Valley offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP to appear in this matter *pro hac vice*.

     2.     I am a member in good standing of the bar of the State of New York and a member of the Bar of this Court.

     3.     Claude M. Stern is a member in good standing in the Bar of the State of California.

4.    Evette D. Pennypacker is a member in good standing in the Bar of the State of California.

5.    Claude M. Stern and Evette D. Pennypacker have performed extensive legal work for Pure Digital Technologies, Inc. related to the subject matter of this action and will meaningfully participate in the prosecution of this action.

6.    I respectfully submit a proposed order granting the admission of Claude M. Stern, pro hac vice, which is attached hereto as Exhibit A.

7.    I respectfully submit a proposed order granting the admission of Evette D. Pennypacker, pro hac vice, which is attached hereto as Exhibit B.

Wherefore, Declarant respectfully requests the motion to allow Claude M. Stern and Evette D. Pennypacker to appear *pro hac vice* in this matter be granted.


Dated:  New York, New York
        July 2, 2008

Edward J. DeFranco (ED 6524)
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

ADVANCED VIDEO TECHNOLOGIES LLC,    :

                      Plaintiff,    :

                        :    08 Civ. 3627 (CM)

     v.                 :

PURE DIGITAL TECHNOLOGY, INC.    :    **PROPOSED ORDER GRANTING**
                              :    **APPLICATION FOR ADMISSION**
                 Defendant.    :    **OF ATTORNEY *PRO HAC VICE***

                              :

                              :

----------------------------------------------------------------x

      This matter having been presented to the Court, and upon reading the accompanying

Declaration of Edward J. DeFranco dated July 2, 2008 it is hereby

          ORDERED, that Claude M. Stern is admitted to practice pro hac vice as counsel

for Pure Digital Technologies, Inc. (mistakenly identified in the caption as Pure Digital

Technology, Inc.) in the above captioned case in the United States District Court for the

Southern District of New York.  All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of

Court.

                        SO ORDERED:

Dated: _____         _____

                         Honorable Colleen McMahon
                         United States District Judge

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ADVANCED VIDEO TECHNOLOGIES LLC,                    :

      Plaintiff,                    :  08 Civ. 3627 (CM)

  v.                    :

PURE DIGITAL TECHNOLOGY, INC.                    :  **PROPOSED ORDER GRANTING**
                **APPLICATION FOR ADMISSION**
      Defendant.                    :  **OF ATTORNEY *PRO HAC VICE***

                :

-------------------------------------------------------------------x

    This matter having been presented to the Court, and upon reading the accompanying

Declaration of Edward J. DeFranco dated July 2, 2008 it is hereby

        ORDERED, that Evette D. Pennypacker is admitted to practice pro hac vice as

counsel for Pure Digital Technologies, Inc. (mistakenly identified in the caption as Pure Digital

Technology, Inc.) in the above captioned case in the United States District Court for the

Southern District of New York.  All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of

Court.

          SO ORDERED:


Dated: _____          _____
              Honorable Colleen McMahon
              United States District Judge

51424/2560044.1

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                    TELEPHONE: 888-800-3400

June 27, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EVETTE DIONNA PENNYPACKER, #203515 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

June 27, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CLAUDE
MICHAEL STERN, #96737 was admitted to the practice of law in this state
by the Supreme Court of California on December 19, 1980; and has been
since that date, and is at date hereof, an ACTIVE member of the State Bar of
California; and that no recommendation for discipline for professional or
other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC, | Index No. 08 Civ. 3627 (CM) |
| Plaintiff, | Assigned to |
| v. | |
| PURE DIGITAL TECHNOLOGY, INC., | **AFFIDAVIT OF SERVICE** |
| Defendant. | |

STATE OF NEW YORK     )
                                        )  ss.:
COUNTY OF NEW YORK  )

Mado Martinez, being duly sworn deposes and says:

She is over the age of eighteen years old, not a party to this action and resides at Bronx,

New York.

That on July 2, 2008, I served by first class mail, a true and correct copy of the attached

**MOTION TO ADMIT COUNSEL *PRO HAC VICE*** by depositing a true and correct copy in a

sealed properly addressed envelope, as follows:


**Orville Ricardo Cockings**
**Stephen F. Roth**
**Lerner, David, Littenberg, Krumholz & Mentlik, LLP**
600 South Avenue West
Westfield, NJ  07090


**Stanley Steven Zinner**
**Stanley S. Zinner, P.C.**
58 South Service Road, Suite 410
Melville, NY  11747

and by depositing the first class envelope in an official depository under the exclusive case and

custody of a United States Postal Service located within New York State.

_Mado Martinez_
Mado Martinez

Sworn before me, this
2nd day of July, 2008

_____
Notary Public

**Roy G. Nelson**
**Notary Public, State of New York**
**No. 01NE6144285**
**Qualified in Nassau County**
**Certificate filed in New York County**
**Commission Expires April 24, 2010**