```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ADVANCED VIDEO TECHNOLOGIES LLC,

           Plaintiff,

v.

PURE DIGITAL TECHNOLOGY, INC.

           Defendant.

------------------------------------------------------------x

08 Civ. 3627 (CM)

**PROPOSED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

This matter having been presented to the Court, and upon reading the accompanying Declaration of Edward J. DeFranco dated July 2, 2008 it is hereby

ORDERED, that Evette D. Pennypacker is admitted to practice pro hac vice as counsel for Pure Digital Technologies, Inc. (mistakenly identified in the caption as Pure Digital Technology, Inc.) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED:

_____
Honorable Colleen McMahon
United States District Judge

Dated: July 8, 2008
New York, New York

51424/2560044.1