UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES, LLC., <br><br> Plaintiff, <br><br> v. <br><br> PURE DIGITAL TECHNOLOGY, INC., <br><br> Defendant | No. 08 Civ. 3627 (CM) (RLB) <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Pure Digital Technologies, Inc. (mistakenly identified in the caption as Pure Digital Technology, Inc.) and my request for electronic notification of all docket activity in this case. I certify that I am admitted to practice in this Court.

Dated: July 9, 2008
      New York, New York

    Respectfully submitted,

    QUINN, EMANUEL, URQUHART,
     OLIVER & HEDGES LLP

    By: /s/ Joshua Furman
        Joshua Furman
        joshuafurman@quinnemanuel.com

    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Telephone: (212) 849-7000

    *Attorneys for the Defendants*

51424/2566029.1